# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | RALPH HAROLD & GEORGIA ANN ROMERO |
| **Case Number:** | 2:09-bk-15112-CGC     **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 15, 2011 10:00 AM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | KAYLA COLASONT |

## Matter:

Motion to Avoid Lien filed by NASSER U. ABUJBARAH of THE LAW OFFICES OF NASSER U. ABUJBARAH on behalf of GEORGIA ANN ROMERO, RALPH HAROLD ROMERO

**R / M #:**    66 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR RALPH HAROLD ROMERO, GEORGIA ANN ROMERO

## Proceedings:

Mr. Abujbarah relates that this was not noticed to all parties.

**THE COURT:  THIS HEARING IS VACATED, SUBJECT TO BEING NOTICED TO ALL PARTIES.**